RONAN, TUZZIO & GIANNONE
4000 ROUTE 66
One Hovchild Plaza
Tinton Falls, NJ 07753
(732) 922-3300
Attorneys for Defendant, MUHLENBERG REGIONAL MEDICAL CENTER, i/p/a
MUHLENBERG HOSPITAL
Our File No. 182-8646 MEM
Michael E. McGann, Esq. - (9336-MEM)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NAHOMI PEREZ CASTILLO, by her Guardian Ad Litem, DEMELIN CASTILLO MERIDA, and DEMELIN CASTILLO MERDIA and HECTOR PEREZ, Individually,<br><br>           **Plaintiff(s)**<br>vs.<br><br>UNITED STATES OF AMERICA, MUHLENBERG HOSPITAL, JOHN DOES, M.D. 1-5, and JANE DOES, R.N., 1-5 (a class of fictitiously named defendants), and DOE PHYSICIAN GROUP, P.C., 1-5 (a fictitious designation representing the class of as yet unknown corporate entities affiliated or connected in any manner with the individual defendants in this matter or with plaintiff's care and vicariously, directly or administratively responsible for the other medical providers actions or failures or plaintiff's injury),<br><br>           **Defendants.** | Civil Case No.: 2:10-CV-00992-KSH-PS<br><br><br><br>**ORDER** |

This matter having been brought before the Court by Michael E. McGann, Esq.

of the law firm of Ronan, Tuzzio and Giannone, P.C. counsel for Defendant,

Muhlenberg Regional Medical Center, i/p/a Muhlenberg Hospital ("Muhlenberg"), and upon the consent of Michael B. Zerres, Esq. of the law firm of Blume, Goldfaden, Berkowitz, Donnelly, Fried & Forte, P.C., counsel for the plaintiffs and Kristin Lynn Vassallo, Esq., Assistant United States Attorney; and defendant, Muhlenberg, having hereby withdrawn all cross-claims, and for good cause having been shown;

IT IS on this 28th day of November 2011;

ORDERED that Plaintiff's complaint and any and all cross-claims be and hereby are dismissed, with prejudice, as to defendant, MUHLENBERG REGIONAL MEDICAL CENTER, i/p/a MUHLENBERG HOSPITAL only, without costs against either party; and it is further

ORDERED that a copy of this Order shall be served upon all parties within ____ days of the date hereof.

_____
J.S.C.

I hereby consent to the form
and entry of this order

_____        _____
Michael B. Zerres, Esq.                  Michael E. McGann, Esq.


_____
Kristin Lynn Vassallo, Esq.
Assistant United States Attorney